**1999–0040. Lincoln v. ANR Advance Transp. Co.**
Montgomery App. No. 16975. This cause is pending before the court as a discretionary appeal. On April 17, 2003, this court issued an entry ordering appellant to show cause why this matter should not

be dismissed. Whereas, appellant has failed to respond to this court's April 17, 2003 order, IT IS ORDERED by the court, sua sponte, that this cause be, and hereby is, dismissed.